JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SCONCE,<br><br>            Petitioner,<br><br>   v.<br><br>PATRICK COVELLO, Warden,<br><br>            Respondent. | Case No. 2:20-CV-01846-ODW (PD)<br><br>**JUDGMENT** |

     Pursuant to the Order Granting Petitioner's Request to Voluntarily Dismiss the Petition,

     IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: February 10, 2021

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE